| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Camp, Laurie Smith | 2. Court or Organization U.S. District Court - Nebraska | 3. Date of Report 3/7/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 111 South 18th Plaza Suite 3210 Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Willa Cather Pioneer Memorial |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 3/7/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 3/7/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie Smith | 3/7/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel | A | Dividend | K | T | | | | | |
| 2. ConAgra | F | Dividend | P1 | T | | | | | |
| 3. Exxon | B | Dividend | K | T | | | | | |
| 4. GE | B | Dividend | L | T | | | | | |
| 5. Hewlett Packard | A | Dividend | J | T | | | | | |
| 6. IBM | A | Dividend | L | T | | | | | |
| 7. Pfizer | C | Dividend | M | T | | | | | |
| 8. Co. Sp. Tax Exempt Bond■■■ | A | Interest | J | T | | | | | |
| 9. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 10. Ameritrade Brokage Account (f/k/a Accutrade - Cash Account) | A | Interest | J | T | | | | | |
| 11. -- AIG (American Int'l Group) | A | Dividend | L | T | | | | | |
| 12. -- ATK (Alliant Tech Sys.) | A | None | | | To Charity | 4/30 | J | | UNL College of Law |
| 13. -- Disney | A | Dividend | L | T | | | | | |
| 14. -- Honeywell | B | Dividend | L | T | | | | | |
| 15. -- INTC (Intel) | A | Dividend | K | T | | | | | |
| 16. -- Boeing | A | Dividend | J | T | | | | | |
| 17. -- Aegon | A | Dividend | J | T | | | | | |
| 18. -- LEN (Class A Lennar) | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000

2. Value Codes: J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000

3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 3/7/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -- LNR Property Corp | A | Dividend | K | T | | | | | |
| 20. -- NSM (Nat'l Semiconducter) | A | None | J | T | | | | | |
| 21. -- RSH (Now Radioshack) | A | Dividend | J | T | | | | | |
| 22. -- WMI (Waste Management) | B | Dividend | K | T | | | | | |
| 23. Linsco/Private Ledger (Federated Account) (Now Wealth Mgmt.) | D | Interest | P1 | T | | | | | |
| 24. Linsco Private Ledger Retirement Plan | B | Interest | N | T | | | | | |
| 25. Money Judgment in Divorce | G | Interest | | | | | | | |
| 26. Fidelity Adv. Dividend & Growth | A | Dividend | | | Sell | 7/9 | O | E | |
| 27. Fidelity Adv. Growth & Income | A | Dividend | | | Sell | 7/9 | O | D | |
| 28. Fidelity Adv. Mid CapT | F | Dividend | P1 | T | Buy | 7/9 | P1 | | |
| 29. The Guardian Insur. Annuity | C | Dividend | M | T | Buy | 3/20 | M | | |
| 30. Hartford Mut. Funds Inc. Midcap Fund CLB | A | Dividend | J | T | Buy | 7/31 | J | | |
| 31. Agilent | A | Dividend | J | T | | | | | |
| 32. LEN (Class B Lennar) | A | Dividend | | | To Charity | 6/16 | J | | Cather Foundation |
| 33. LEN (Class B Lennar) | A | Dividend | | | to Charity | 8/19 | J | | Presbyterian Church |
| 34. Massachusetts Mutual Annuity | D | Interest | O | T | Buy | 2/17 | O | | |
| 35. Lincoln Benefit Life Annuity | D | Interest | O | T | Buy | 2/13 | O | | |
| 36. Lincoln Benefit Life Annuity | D | Interest | M | T | Buy | 2/13 | M | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                                P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)             U = Book Value          V = Other          W = Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>Camp, Laurie Smith | Date of Report<br><br>3/7/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Laurie Smith | 3/7/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date___ 3/7/05 _____

NOTE: ANY ~~███████~~ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544